**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01404-EWN-BNB

AVANTGARDE SURGICAL, INC., a Colorado Corporation,
and ADVANCED SURGICAL SUPPORT, INC.,
a Colorado Corporation,

     Plaintiffs,

v.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY,
a Connecticut Corporation,

     Defendant.

_____

### ORDER ON STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

_____

     THIS MATTER having come before the Court on the parties' Stipulated Motion For Dismissal With Prejudice, and the Court being fully advised in the premises, the Court hereby adopts the parties' Stipulation and hereby ORDERS that this matter is dismissed with prejudice, each party to pay its own attorney fees and costs.

     DATED this 15th day of November, 2007.

                                        s/ Edward W. Nottingham

                                        United States District Court Judge